UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

FILED by ___ D.C.

MAR - 7 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Case No. 01-8345-CIV-RYSKAMP/VITUNAC

DAVID M. LEVINE, not individually,
but solely as Receiver for
SUNSTATE FX, INC.,

    Plaintiff,

**CLOSED CASE**

v.

JOHN J. HYLAND and
LAURA L. HYLAND,

    Defendants.
_____/

### ORDER OF FINAL JUDGMENT

THIS CAUSE comes before the Court pursuant to Plaintiff's Notice of Dismissal, filed March 5, 2003 **[DE 25]**. The Court entered an order of Stipulated Final Judgment against Defendant John J. Hyland on December 4, 2002 **[DE 24]**. The March 5, 2003 Notice of Dismissal advises the Court that Plaintiff has voluntarily dismissed its action against Defendant Laura L. Hyland with each party bearing their own attorneys' fees and costs. The Court being fully advised, it is hereby

ORDERED AND ADJUDGED that FINAL JUDGMENT IS HEREBY ENTERED against Defendant John J. Hyland and in favor of Plaintiff David M. Levine in his capacity as Receiver for Sunstate FX, Inc. in the amount of ten million dollars ($10,000,000.) according to

the terms and conditions set forth in the December 4, 2002 **[DE 24]** Order.  The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this 7 day of March, 2003.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided:
Jeffrey C. Schneider, Esq.
Michelle T. Visiedo-Hidalgo, Esq.
Diane M. Romaniuk, Esq.
Marianne S. Rantala, Esq.
H. Dohn Williams, Jr., Esq.
Robert Levenson, Esq.

Laura L. Hyland
7697 West Country Club Blvd.
Boca Raton, Florida 33487-1447